11 So.2d 879

**Robert CLECKLER v. STATE.**

5 Div. 152.

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

13 So.2d 896

**Robert CLECKLER v. STATE.**

5 Div. 133.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

18 So.2d 878

**Clara COATS, alias v. STATE.**

6 Div. 126.

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed by Appellant.

18 So.2d 879

**Mose COBB v. STATE.**

6 Div. 49.

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

14 So.2d 913

**Carl COCHRAN v. STATE.**

7 Div. 731.

Court of Appeals of Alabama.
June 22, 1943.

Rehearing Denied Aug. 10, 1943.

Robinson & Parris and Motley & Motley, all of Gadsden, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

15 So.2d 922

**Preston COLEMAN v. STATE.**

4 Div. 819.

Court of Appeals of Alabama.
Nov. 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.